■ In the Matter of MICHAEL SHELPACK, Appellant, v CATHERINE A. SHELPACK, Respondent. — Order of the Family Court, Dutchess County (Bernhard, J.), dated May 10, 1982, affirmed, without costs or disbursements, for reasons stated in the memorandum of Judge Bernhard. Lazer, J. P., Weinstein, O'Connor and Lawrence, JJ., concur.